WILLIAM WHITTIER *versus* JOSEPH D. PRESCOTT AND THE MAINE STATE SEMINARY AND LIT. INSTITUTE, *Trustee.*

One who has received a gratuitous gift of money, will not be chargeable therefor as the trustee of the donor, in a process of foreign attachment, although the debt sued for existed prior to the gift, if the case does not disclose that the donor was insolvent or largely indebted.

THIS action was brought upon a judgment recovered in the year 1852, for about $50, debt and costs. The principal defendant was defaulted. From the disclosure of the trustee, it appeared that Prescott made a donation to the institution, long since the rendition of said judgment.

The plaintiff filed allegations, setting forth that the gift was gratuitous and fraudulent as to creditors.

The case was submitted upon the disclosure of the trustee and the plaintiff's allegation. GOODENOW, J., presiding at *Nisi Prius,* ruled that there was not sufficient evidence in the case to show the gift was fraudulent as to creditors. The plaintiff excepted.

Upon presentation of the case to the whole Court, it was held, as is stated in the marginal note.

*Exceptions overruled.*